

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

June 14, 2021

**Application GRANTED. Sentencing is hereby ADJOURNED to August 24, 2021, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #433. SO ORDERED.**

*June 14, 2021*

<u>*Via ECF*</u>

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Alexander Arguedas, et al.</u>, 20 Cr. 135 (JMF)

Dear Judge Furman:

    I am CJA counsel to Mark Brock in the above captioned case. I write, with no objection from the government, to request an adjournment of the currently scheduled June 30, 2021 sentencing date and also in response to the Court's Order dated June 14, 2021.

    As present time, Mr. Brock's sentencing submission is due to the Court on June 16, 2021. The parties have not yet received a first draft of the presentencing report. The presentence interview was conducted remotely and there were connectivity issues. It has now been completed.

    Accordingly, we respectfully request a date 45-days out from June 30. I also note for the Court that I am unavailable August 2 through August 13, 2021.

    In response to the Court's order of June 14, the parties have conferred and agree that the proceeding should be held in-person.

    I thank the Court for its attention to this matter.

Respectfully yours,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com