

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

August 11, 2021

**Via ECF**

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby adjourned to **November 23, 2021**, at **3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 497. SO ORDERED.
>
> *[signature]*
>
> August 12, 2021

Re: <u>United States v. Alexander Arguedas, et al.</u>, 20 Cr. 135 (JMF)

Dear Judge Furman:

    I am CJA counsel to Mark Brock in the above captioned case. I write, with no objection from the government, to request a 90-day adjournment of the currently scheduled August 24, 2021 sentencing date.

    The Court recently appointed a mitigation expert to assist in preparing for Mr. Brock's sentencing. Also, due to my current trial schedule, additional time will be needed to prepare for Mr. Brock's sentencing.

    Accordingly, we respectfully request a date at least 90-days out from August 24. As noted, the government has no objection.

    I thank the Court for its attention to this matter.

                                          Respectfully yours,

                                          /s/

                                          Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com