

COUNSELORS AT LAW

CARDI & EDGAR LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

November 1, 2021

**_Via ECF_**

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is ADJOURNED to January 27, 2022, at 3:45 p.m. The Clerk of Court is directed to terminate Doc. #575. SO ORDERED.
>
> November 2, 2021

Re: <u>United States v. Alexander Arguedas, et al.</u>, 20 Cr. 135 (JMF)

Dear Judge Furman:

    I am CJA counsel to Mark Brock in the above captioned case. I write, with no objection from the government, to request a 60-day adjournment of the currently scheduled November 23, 2021 sentencing date. Mr. Brock's sentencing submission is currently due on November 9, 2021.

    The Bureau of Prisons recently transferred Mr. Brock to Allentown, Pennsylvania, despite the fact that the instant case is still pending. He was first sent to the BOP transfer facility in Oklahoma, and then when he finally arrived at Allentown he was in quarantine for two-weeks. As a result, our mitigation expert has not been able to see him and needs additional time to finish her report.

    Accordingly, we respectfully request a date approximately 60-days from November 23. As noted, the government has no objection. I also note for the Court that I am unavailable January 4 and January 28 through February 8, 2022.

    I thank the Court for its attention to this matter.

                                                          Respectfully yours,

                                                          /s/

                                                       Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com