

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Diane Ferrone

January 13, 2022

*Via ECF*

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to March 1, 2022, at 10:00 a.m. The Government is ordered to immediately notify the Marshals so that they can coordinate the transfer of Mr. Brock. The Clerk of Court is directed to terminate Doc. #605. SO ORDERED.
>
> [signature]
>
> January 13, 2022

Re: <u>United States v. Mark Brock, et al.</u>, 20 Cr. 135 (JMF)

Your Honor:

    I am CJA counsel to Mark Brock. I write with regards to Mr. Brock's upcoming remote sentencing scheduled for January 27, 2022.

    Mr. Brock informed me today that he has changed his mind and wants to be sentenced in person.

    Accordingly, I respectfully request that Mr. Brock's sentencing be set for a date and time when Mr. Brock can be present. I note for the Court that I am unavailable January 28 through February 8, and February 24 through February 28, 2022.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com